UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND HAMILTON

VERSUS

CITY OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 15-585-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Erin Wilder Doomes dated August 23, 2016 (doc. no. 25). The plaintiff has filed an objection which reasserts the same argument and lacks merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Defendants' Motion to Stay Proceedings (doc. no. 20) is GRANTED and proceedings in this case are ADMINISTRATIVELY CLOSED pending the conclusion of criminal proceedings pending against Plaintiff in state district court. Further, the Court retains jurisdiction and Plaintiff is directed to file a motion to reopen proceedings in this case within sixty (60) days after entry of final judgment and sentence in the state criminal case, or the above-captioned proceeding may be dismissed without prejudice for failure to prosecute and/or failure to comply with a Court Order pursuant to Fed.R.Civ.P.41(b).

Baton Rouge, Louisiana, this 14th day September, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA