UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND HAMILTON | CIVIL ACTION |
| VERSUS | |
| CITY OF BATON ROUGE, ET AL | NO. 15-585-JWD-EWD |

# RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated February 28, 2018[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Motion to Dismiss[2] is DENIED.

Signed in Baton Rouge, Louisiana, on March  15th , 2018.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] R. Doc. 37
[2] R. Doc. 16